IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
Civil Action No. 6:18-CV-01327-DCC

| | | |
|---|---|---|
| JANE ROE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR ENTRY OF** |
| FURMAN UNIVERSITY, BETA THETA PI, | ) | **CONFIDENTIALITY AND SEAL** |
| THE ZETA LAMBDA CHAPTER OF BETA | ) | **ORDER** |
| THETA PI, UPSTATE AFFILIATE | ) | |
| ORGANIZATION D/B/A GHS, AND JOHN | ) | |
| DOE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The attached proposed Confidentiality and Seal Order is requested by consent of all parties.

The attached proposed Confidentiality and Seal Order is a modified version of the standard form on the court's website and the modifications have been indicated by attaching a "redlined" copy the document. An explanation of the basis for each proposed modification is as follows:

Furman University is subject to the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232(g); 34 C.F.R. Part 99 *et seq.* (FERPA), which provides certain confidentiality protections for the educational records of its students and former students. In light of these privacy obligations on the part of Furman University, and the sensitive nature of the subject matter of this civil action, Paragraph 4 of the proposed Confidentiality and Seal Order provides specific protections for the exchange and filing of documents containing confidential student educational information.

This 4th day of October, 2018.

**WE SO MOVE/CONSENT:**

**[SIGNATURES APPEAR ON NEXT PAGE]**

s/ Joshua T. Hawkins
Joshua T. Hawkins
Helena L. Jedziniak
Hawkins & Jedziniak, LLC
1225 South Church Street
Greenville, SC  29605
Tel: (864) 275-8142
josh@hjllcsc.com
Helena@hjllcsc.com
*Attorneys for Plaintiff*

s/ Stanley T. Case
Stanley T. Case
Butler, Means, Evins & Browne, P.A.
234 North Church Street
P.O. Drawer 451
Spartanburg, SC 29304
Tel: (864) 582-5630
scase@butlermeans.com
*Attorneys for Plaintiff*

s/ Charles O. Williams, III
Charles O. Williams, III
Sterling G. Davies
McAngus Goudelock & Courie, LLC
55 E. Camperdown Way, Suite 300
Greenville, SC 29601
Tel: (864) 239-4000
cwilliams@mgclaw.com
sdavies@mgclaw.com
*Attorneys for Beta Theta Pi*

s/ W. Kyle Dillard
W. Kyle Dillard
Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.
The Ogletree Building
300 North Main Street
Greenville, SC  29601
Tel: (864) 271-1300
kyle.dillard@ogletree.com
*Attorney for Upstate Affiliate Organization*
*d/b/a Greenville Health System*

s/ Joshua Snow Kendrick
Joshua Snow Kendrick
Kendrick & Leonard, P.C.
506 Pettigru Street
Greenville, SC 29601
Tel: (864) 760-4000
josh@kendrickleonard.com
*Attorneys for John Doe*

s/ Peter E. Farr
Peter E. Farr
Ronald B. Diegel
Murphy & Grantland, P.A.
P.O. Box 6648
Columbia, SC  29260
Tel: (803) 782-4100
pfarr@murphygrantland.com
rbdiegel@murphygrantland.com
*Attorneys for John Doe*

s/ Justin Dillon
Justin Dillon
Emily Voshell
William Pittard
KaiserDillon, PLLC
1401 K Street NW, Ste., 600
Washington, DC 20005
Tel: (202) 640-2850
jdillon@kaiserdillon.com
evoshell@kaiserdillon.com
wpittard@kaiserdillon.com
*Attorneys for John Doe*

s/ Kevin A. Dunlap
Kevin A. Dunlap
Federal Bar No. 5564
S.C. Bar No. 13081
Parker Poe Adams & Bernstein LLP
100 Dunbar Street, Suite 206
Spartanburg, South Carolina  29306
p:  (800) 727-8042
f:  (864) 591-2050
kevindunlap@parkerpoe.com
*Attorneys for Furman University*