UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| JANE ROE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:18-cv-01327-BHH |
| | ) | |
| vs. | ) | |
| | ) | |
| FURMAN UNIVERSITY, BETA THETA | ) | **STIPULATION OF DISMISSAL** |
| PI, THE ZETA LAMBDA CHAPTER OF | ) | **WITH PREJUDICE AS TO BETA** |
| BETA THETA PI, BETA THETA PI | ) | **THETA PI AND ZETA LAMBDA** |
| ZETA LAMBDA HOUSING | ) | **CHAPTER OF BETA THETA PI** |
| CORPORATION, UPSTATE AFFILIATE | ) | |
| ORGANIZATION D/B/A GHS, JOHN | ) | |
| DOE, SALLY DOE | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff in the above-captioned case, by and through the undersigned counsel, hereby dismisses Defendants Beta Theta Pi and Zeta Lambda Chapter of Beta Theta Pi with prejudice. Defendants consent to this dismissal with prejudice. The parties agree to bear their own respective costs.

*[SIGNATURES ON FOLLOWING PAGE]*

| | |
|---|---|
| WE SO STIPULATE: | WE CONSENT: |
| HAWKINS & JEDZINIAK, LLC | MCANGUS GOUDELOCK & COURIE, LLC |
| *s/Joshua T. Hawkins*_____ | *s/Charles O.Williams*_____ |
| Joshua T. Hawkins | Sterling G. Davies |
| Fed. ID No. 11418 | Fed. ID No. 5840 |
| 1225 South Church Street | Charles O. Williams |
| Greenville, South Carolina 29605-3811 | Fed ID No. 80101320 Main Street, 10th Floor |
| Phone: (864) 275-8142 | Columbia, South Carolina 29201 |
| Fax: (864) 275-8142 | Phone: (803) 227-2235 |
| Email: josh@hjllcsc.com | Fax: (803) 748-0526 |
| ATTORNEYS FOR PLAINTIFF | Email: sdavies@mgclaw.com |
| Date:   July 18, 2019 | ATTORNEYS FOR BETA THETA PI |
| | Date:   July 18, 2019 |

WE CONSENT:

WYCHE, P.A.

*s/Rita Bolt Barker*_____
Rita Bolt Barker
Fed. ID No. 10566
McKinley H. Hyman
Fed. ID No. 12874
200 E. Camperdown Way
Post Office Box 728
Greenville, South Carolina 29602
Phone: (864) 242-8200
Fax: (864) 235-8900
Email: rbarker@wyche.com
ATTORNEYS FOR ZETA LAMBDA
CHAPTER OF BETA THETA PI
Date:   July 18, 2019