UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Greenville Division

| | |
|---|---|
| JANE ROE,<br><br>    Plaintiff / Counterclaim Defendant,<br><br>    v.<br><br>FURMAN UNIVERSITY,<br><br>    Defendant / Crossclaim Defendant,<br><br>and<br><br>JOHN DOE,<br><br>    Defendant / Counterclaim Plaintiff / Crossclaim Plaintiff. | Case No. 6:18-cv-01327-BHH |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, (i) Plaintiff / Counterclaim Defendant Jane Roe, (ii) Defendant / Crossclaim Defendant Furman University, and (iii) Defendant / Counterclaim Plaintiff / Crossclaim Plaintiff John Doe, having settled their differences, agree and stipulate to the dismissal with prejudice of all remaining claims. Specifically, the remaining parties agree and stipulate to (i) the dismissal with prejudice of Plaintiff Jane Roe's claims against Defendant Furman University, (ii) the dismissal with prejudice of Plaintiff Jane Roe's claims against Defendant John Doe, (iii) the dismissal with prejudice of Counterclaim Plaintiff John Doe's counterclaims against Counterclaim Defendant Jane Roe, and (iv) the dismissal with prejudice of Crossclaim Plaintiff John Doe's crossclaims against Crossclaim Defendant Furman University.

WE SO STIPULATE:

s/ Helena Jedziniak
Helena Jedziniak (Fed ID 12809)
HAWKINS & JEDZINIAK, LLC
1225 South Church Street
Greenville, SC 29605
PH: 864-275-8142
helena@hjllcsc.com
*Attorney for Jane Roe*

s/ Kevin Dunlap
Kevin Dunlap (Fed ID 5564)
Parker Poe Adams & Bernstein LLP
100 Dunbar Street, Suite 206
Spartanburg, South Carolina 29306
p: (800) 727-8042
f: (864) 591-2050
kevindunlap@parkerpoe.com
*Attorney for Furman University*

s/ Joshua Snow Kendrick
Joshua Snow Kendrick (Fed ID 9037)
Kendrick & Leonard, P.C.
506 Pettigru Street (29601)
P.O. Box 6938
Greenville, SC 29606
PH: 864-760-4000
josh@kendrickleonard.com
*Attorney for John Doe*